**Order entered March 5, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-00815-CV**

**IN RE DAVID JOACHIM, Relator**

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-13421**

**ORDER**

We **REINSTATE** this original proceeding.

Based on the Court's opinion of this date, we **DISMISS** this original proceeding for want of prosecution.

/s/    LESLIE OSBORNE
        JUSTICE